# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

## CONCISE SUMMARY OF THE CASE

Pursuant to 3rd Cir. LAR 33.3, counsel are required to file a concise summary of the case within **10** days of the date of docketing of the Notice of Appeal. Total statement is limited to no more than 2 pages, single-spaced.  Counsel may utilize this form or attach a 2 page statement encompassing the information required by this form.

SHORT
CAPTION: Shahira Raineri v. Kathleen M. Larkin
_____

USCA NO.: 15-2105
_____

LOWER COURT or AGENCY and DOCKET NUMBER:
3-14-cv-04325
_____

NAME OF
JUDGE: Honorable Michael A. Shipp, JDC
_____

Specify who is suing whom, for what, and the subject of this action.  Identify (1) the nature of the action; (2) the parties to this appeal; (3) the amount in controversy or other relief involved; and (4) the judgment or other action in the lower court or agency from which this action is taken:

Kathleen M. Larkin, filed a Chapter 7 bankruptcy on or about February 25, 2012.  Shahira Raineri, a creditor and former domestic partner of the Debtor, filed an objection to discharge (Adversary Proceeding #12-01809).  Raineri filed a Motion for Summary Judgment, which was granted by the Bankruptcy Court on or about June 6, 2014, denying Debtor a discharge.

Larkin appealed the Order granting summary judgment to the Federal District Court, for the District of New Jersey.  The Hon. Michael A. Shipp, adjudicated the appeal.  There was no oral argument, and the matter was decided on the papers.  Judge Shipp entered a final Order, affirming the decision of the Bankruptcy Court that denied Larkin a discharge, on March 31, 2015.

Kathleen M. Larkin, the Debtor, then took an appeal to this Honorable Court on or about April 30, 2015.

LIST and **ATTACH** a copy of each order, judgment, decision or opinion which is involved in this appeal.  If the order(s) or opinion(s) being appealed adopt, affirm, or otherwise refer to the report and recommendation of a magistrate judge or the decision of a bankruptcy judge, the report and recommendation or decision shall also be attached.

The following documents are attached as Exhibits:

A.  Order Granting Summary Judgment, and denying Debtor (Kathleen M. Larkin), a discharge, entered by the Hon. Kathryn C. Ferguson, USBJ, on or about June 6, 2014.

B.  Memorandum Opinion of the Hon. Michael A. Shipp, JDC entered on or about March 31, 2015.

C.  Order entered by the Hon. Micahel A. Shipp, JDC, on or about March 31, 2015, affirming the decision of the Bankruptcy Court, and denying the Debtor (Larkin) a discharge.

Provide a short statement of the factual and procedural background, which you consider important to this appeal:

The procedural history in the Bankruptcy Court, followed by the appeal to the Federal District Court, in summarized in section 1, above.

Identify the issues to be raised on appeal:

Please see Exhibit A, attached hereto, and incorporated by reference.

This is to certify that this Concise Summary of the Case was electronically filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record

this ____4th____ day of ____June____,20__15__.

/s/ Joseph Albanese, Esq.

Signature of Counsel

Rev. 01/2015