**JOSEPH ALBANESE**
Attorney At Law
915 Lacey Rd.
Forked River, NJ 08731
(609) 971-6200
Attorney for Debtor/Defendant

| | |
|---|---|
| IN RE:<br><br>**KATHLEEN M. LARKIN**<br><br>Debtor | **UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**<br><br>**Docket No: 15-2105** |
| **SHAHIRA RAINERI,**<br><br>    Plaintiff/ Appellee<br><br>vs.<br><br>**KATHLEEN M. LARKIN,**<br><br>    Defendant/Appellant | **District Court Case No: 14-cv-4325-MAS**<br>**Bankruptcy Case No:    12-14635-KCF**<br>**Adversary Proceeding: 12-1809-KCF** |

## APPELLANT'S STATEMENT OF ISSUES ON APPEAL

Defendant/Appellant, **KATHLEEN M. LARKIN**, hereby designates the following issues on appeal.

## **The issues on appeal are as follows**:

**A.**     Whether the Court below erred, by affirming the order for summary judgment of the Bankruptcy Court that denied the Debtor (Appellant) a discharge.

**B.**     Whether the Court below misinterpreted and/or misapplied the "advice of counsel" defense to this case.

**C.**     Whether the Court below erred in holding, in effect, that certain instructions and advice given by the Debtor's prior counsel did not constitute legal advice for purposes of the "advice of counsel" defense (e.g., that is was proper for debtor to sign only the signature page of the bankruptcy petition before the debtor had an opportunity to see the entire petition).

**D.**     Whether the Court below erred in failing to recognize that where the underlying issue is Defendant's state of mind, an evidential hearing is required and summary judgment is inappropriate.

DATED: June 4, 2015                                     /S/ *Joseph Albanese*
                                                                         **JOSEPH ALBANESE**
                                                                         Attorney for Defendant/Debtor